AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

World of Beer Franchising, Inc.

*Plaintiff(s)*

v.

MWB Development I, LLC; MWB Development II, LLC; MWB Development III, LLC; Crafthouse LLC; Evan S. Matz

*Defendant(s)*

Civil Action No. 8:17-cv-1171-T-35MAP

2017 MAY 17 PM 3:20

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MWB Development I, LLC
c/o Registered Agent
Incorp Services Inc.
7288 Hanover Green Drive
Mechanicsville, VA 23111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Quarles & Brady LLP
S. Douglas Knox
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 17 2017

*Signature of Clerk or Deputy Clerk*